

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:23-MJ-508 |
| JUSTIN DOUANGMALA (01) | |

## CRIMINAL COMPLAINT

I, Special Agent M. Wido, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offenses:**

Possession of a Machinegun
(Violation of 18 U.S.C. § 922(o) and § 924(a)(2))

On or about May 23, 2023, in the Fort Worth Division of the Northern District of Texas, defendant **Justin Douangmala** did knowingly possess a machinegun, that is, a Glock, Model 17, Gen. 4, 9mm caliber pistol, bearing serial number BEPV614, with an affixed machinegun conversion device (commonly known as a "Glock Switch"), in violation of 18 U.S.C. § 922(o) and § 924(a)(2).

Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about May 23, 2023, in the Fort Worth Division of the Northern District of Texas, defendant **Justin Douangmala** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

**Probable Cause:**

I, Special Agent M. Wido, affiant, under oath, duly state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, assigned to Dallas Field Division. The statements set forth in this affidavit are true and correct to the best of my knowledge and belief but are not inclusive of all the evidence or information in the case.

1.  In December of 2022, Fort Worth Police Department (FWPD) received information related to an intercepted package containing approximately eight (8) pounds of marijuana destined for the United Kingdom. Through FWPD's investigation, it was discovered that the phone number associated with the intercepted package was associated with an address on Broken Arrow Road, in Fort Worth, Texas, later found to be the residence of **Justin Douangmala**.

2.  On or about May 23, 2023, FWPD conducted surveillance of 4205 Broken Arrow Road, Fort Worth, Texas 76137. During surveillance, an Asian male, later identified as **Justin Douangmala** (YOB: 1982), was observed leaving the target residence in a vehicle and driving to a carwash located in the area of Starlight Drive, Haltom City, Texas. FWPD observed **Justin Douangmala** engage in what appeared to be a hand-to-hand drug transaction at the carwash. FWPD estimated that **Justin Douangmala** was only present at the carwash for approximately three (3) minutes. After this event, **Justin Douangmala** returned to his residence on Broken Arrow Road in Fort Worth, Texas.

3. Thereafter, FWPD observed **Justin Douangmala**, place a white plastic bag in a Honda Odyssey, bearing Texas license plate RVY9230, and depart his residence. FWPD conducted uninterrupted mobile surveillance of **Justin Douangmala** and observed him commit multiple traffic violations, which resulted a traffic stop being initiated in the area of 199 Northeast Loop 820, Fort Worth, Texas 76131. During the traffic stop, FWPD asked **Justin Douangmala**, for consent to search his vehicle, which he denied. A FWPD K-9 unit was on scene, and FWPD deployed the certified narcotics K-9 to conduct an open-air sniff of the Honda Odyssey. The K-9 alerted to the odor of an illegal narcotic. Subsequently, the Honda Odyssey, driven by **Justin Douangmala**, who was the sole occupant of the vehicle, was searched. During the search of the vehicle, approximately nineteen (19) ounces of suspected marijuana and one (1) Glock, Model 43X, 9mm caliber pistol, bearing serial number BNUL189, loaded with approximately ten (10) rounds of ammunition, was recovered.

4. On or about this same date, FWPD applied for and obtained a search warrant for **Justin Douangmala**'s residence on Broken Arrow Road, in Fort Worth, Texas,. Subsequently, FWPD executed the search warrant. During the search of the residence, the following narcotics were recovered:

- approximately one hundred and thirteen (113) grams of suspected THC products in the kitchen cabinet above the microwave, which field tested positive for the presence of THC;
- approximately fifteen (15) grams of suspected cocaine from a table with a false bottom located in the sunroom, which field tested positive for the presence of cocaine;

Criminal Complaint - Page 3

- approximately sixty (60) grams of suspected cocaine from a small safe located in **Justin Douangmala**'s bedroom closet, which field tested positive for the presence of cocaine;
- approximately eighteen (18) grams of suspected (MDMA) pills from a small safe located in Justin Douangmala's bedroom closet, which field tested positive for the presence of MDMA/Methamphetamine.
- approximately four (4) ounces of suspected marijuana located in a clear mason jar was found in a bedroom inside the residence; and
- approximately four (4) ounces of suspected marijuana found in another bedroom of the residence.

5. During the search of the residence, the following firearms were recovered from a safe located in **Justin Douangmala's** bedroom:

- an Aero Precision, Model X15, multi-caliber pistol, S/N: X551534, with a vertical foregrip attached to the upper receiver and an apparent silencer attached to the barrel;
- a Mossberg, Model 500, 12-gauge shotgun, S/N: T794108;
- an F.N. Herstal, Model Five-Seven, 5.7x28mm pistol, S/N:386276544;
- a Kimber, Model Ultra Covert II, .45 caliber pistol, S/N: KU101569;
- an Israel Military Industries Ltd (I.M.I.), Model Desert Eagle, .50 caliber pistol, S/N: 33201487;
- an Heckler & Koch Inc., Model HK45, .45 caliber pistol, S/N: HKU-042392;
- an Aero Precision, Model Freedom, multi-caliber pistol, S/N: 4JULY-10690;
- a Radical Firearms, LLC, Model RF-15, multi-caliber rifle, S/N: 20-026290;
- an Israel Weapon Industries (IWI), Model Tavor SAR, 5.56 caliber rifle, S/N: T9002656; and
- a Sig-Sauer, Model SIG M400, 5.56 caliber rifle, S/N: 20C051013.

6. Also, located in the nightstand in **Justin Douangmala's** bedroom, FWPD recovered a Glock, Model 17, Gen. 4, 9mm caliber pistol, bearing serial number BEPV614, with an attached machinegun conversion device, commonly known as a "Glock Switch." It

should be noted that the Glock, Model 17, Gen. 4, 9mm caliber pistol, bearing serial number BEPV614 was reported stolen by Robinson Police Department on or about August 30, 2020.

7. On or about May 31, 2023, I received results related to the National Firearm Registration Transfer Record query of **Justin Douangmala**. The query showed **Justin Douangmala** had no National Firearms Act (NFA) items registered to him, such that he would not legally be permitted to possess machinguns or silencers.

8. On or about June 5, 2023, Firearm Enforcement Officer (FEO) E. Eisenbise examined the above-described Glock, Model 17, Gen. 4, 9mm caliber pistol, bearing serial number BEPV614, with an attached machinegun conversion device, commonly known as a "Glock Switch." FEO E. Eisenbise performed a manual function test of the aforementioned firearm with the attached Glock Switch, which tested positive for automatic machinegun function.

9. On or about this same date, FEO E. Eisenbise examined the apparent silencer that was attached to the above-described Aero Precision, Model X15, multi-caliber pistol, S/N: X551534, with a vertical foregrip, that was recovered during the search of **Justin Douangmala**'s residence. The item is further described as one (1) cylindrical device, black in color, measuring approximately 6-7/8 inches in total length, and approximately 1-3/8 inches in diameter. FEO E. Eisenbise concluded that the aforementioned cylindrical device by virtue of being designed, manufactured, and assembled with the features and characteristics of a firearm silencer, as received, is in and of itself, a device for silencing,

muffling, or diminishing the report of a portable firearm and, therefore, a "firearm silencer" as defined.

10. On or about June 7, 2023, FWPD contacted me and provided information that, pursuant to a search warrant executed on **Justin Douangmala's** phones, data was extracted from one (1) of the phones, in which it was discovered that **Justin Douangmala** and another individual were engaged in conversation believed to be related to the previously mentioned silencer recovered from **Justin Douangmala's** residence on May 23, 2023. On or about June 25, 2023, I reviewed the data extracted from one (1) of **Justin Douangmala's** cellular phones and discovered the following:

   a) On or about April 13, 2023, via the messaging application "Signal", an individual (hereinafter "Big L") sent **Justin Douangmala** the following messages, believed to be related to the shipment of firearms from **Justin Douangmala** to "Big L":

   a. "I need you to vacuum seal the toys"
   b. "So they don't get scratched up"
   c. "And the big one just wrapped it up with something"

   b) On or about this same date, via the messaging application "Signal", an "Big L" sent **Justin Douangmala** multiple pictures and one (1) video of what appeared to be to bricks of kilogram quantities of cocaine, depicted below:



c) On or about this date, via the messaging application "Signal", "Big L" sent **Justin Douangmala** a video of an individual shooting what appeared to be a fully automatic handgun into the air and a picture of five (5) firearms.



Criminal Complaint - Page 7

d) On or about April 17, 2023, via the messaging application "Signal", **Justin Douangmala** and "Big L" engaged in conversation related to firearms. The conversation was as follows:

**Justin Douangmala:** "10 Guns 8 rifles that auto with the silencer I bought for 3k bro"

"Big L": "Only 18"

"Big L": "I thought it's 10-10"

e) As the above conversation progressed, "Big L" requested that **Justin Douangmala** send him pictures of the firearms; which **Justin Douangmala** complied. It should be noted that **Justin Douangmala** described one (1) of the firearms he sent a picture of as a "9mm silencer fully auto this one 3k."





f) On or about or about May 12, 2023, via the messaging application "Signal," **Justin Douangmala** informed "Big L", "Just got robbed don't tell n e one", which is believed to have occurred during a drug transaction. As the conversation progressed "Big L" offered to "fly out there" and further stated, "And we can shoot his house up"… "You drive I'll do the shooting"… "Just get me the gun".

g) Later, on this same date, **Justin Douangmala** and another individual engaged in a text message conversation related to silencers, firearms, and a silencer transaction for what is believed to be the above-described silencer recovered from **Justin Douangmala**'s residence. During the conversation, the other individual discusses that the silencer he is offering is the same size as ones that he has tax stamps for. In addition, **Justin Douangmala**

Criminal Complaint - Page 9

asks questions to confirm that the silencer has baffles and that it is not just an empty tube.

11. Based upon the above facts and circumstances, I respectfully submit that there is probable cause to believe that **Justin Douangmala,** did knowingly and intentionally possess a machinegun, in violation of 18 U.S.C. § 922(o), and did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

_____
Special Agent M. Wido
Bureau of Alcohol, Tobacco, Firearms and Explosives

SWORN AND SUBSCRIBED before me, July 5, 2023, at 1:26 am/pm in Fort Worth, Texas.

_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE